# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

UMUT ISLAM ULGEN,

Petitioner,

v.

Warden of Imperial Regional Detention Facility; GREGORY J. ARCHAMBEAULT, Director of San Diego Field Office, Enforcement and Removal Operations, U.S. Immigration and Customs Enforcement; KRISTI NOEM, Secretary of the Department of Homeland Security; TODD M. LYONS, Senior Official Performing the Duties of Director of Immigration and Customs Enforcement; and PAM BONDI, Attorney General of the United States,

Respondents.

Case No.:  26cv1678 DMS AHG

**ORDER REQUIRING RESPONSE**

On March 17, 2026, Petitioner filed a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241.  Respondents shall file their response to the Petition on or before **March 26, 2026**.  Petitioner shall file his reply on or before **March 30, 2026**.  Unless the Court orders otherwise, the matter will be submitted on the papers without oral argument.

1

To maintain the status quo, Respondents, their officers, agents, servants, employees, attorneys, and other persons who act in concert or participation with Respondents **MUST NOT** transfer Petitioner outside the Southern District of California pending the Court's resolution of the Petition. *See Doe v. Bondi*, Case No.: 25-cv-805-BJC-JLB, 2025 WL 1870979 at *1 (S.D. Cal. June 11, 2025) ("Federal courts retain jurisdiction to preserve the status quo while determining whether [they have] subject matter jurisdiction over a case and while a petition is pending resolution from the court.") (collecting cases).

**IT IS SO ORDERED**.

Dated:  March 19, 2026

Hon. Dana M. Sabraw
United States District Judge

26cv1678 DMS AHG