**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

UMUT ISLAM ULGEN,

Petitioner,

v.

Warden of Imperial Regional Detention Facility; GREGORY J. ARCHAMBEAULT, Director of San Diego Field Office, Enforcement and Removal Operations, U.S. Immigration and Customs Enforcement; KRISTI NOEM, Secretary of the Department of Homeland Security; TODD M. LYONS, Senior Official Performing the Duties of Director of Immigration and Customs Enforcement; and PAM BONDI, Attorney General of the United States,

Respondents.

Case No.: 26cv1678 DMS AHG

**ORDER GRANTING PETITION**

This case comes before the Court on the Petition for Writ of Habeas Corpus. Respondents filed a Return to the Petition in which they “do not oppose an order from this Court directing a bond hearing be held pursuant to 8 U.S.C. § 1226(a).” Accordingly, Respondents are directed to arrange an individualized bond hearing for Petitioner before

an immigration judge within seven (7) days of this Order. On or before **April 27, 2026**, the parties shall file a Joint Status Report confirming Petitioner has received a bond hearing and setting out the result of that hearing. In that Report, the parties shall also provide their respective positions on whether a further order on the Petition is necessary or if the case may be dismissed as moot.

**IT IS SO ORDERED**.

Dated: April 16, 2026

Hon. Dana M. Sabraw
United States District Judge